**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 2:23-cv-14276-KMM

YEFFERSON AMARANTE and other Similarly situated individuals,

    Plaintiffs,

v.

MDC STEEL SERVICES, INC., MICHAEL D. CHEPENIK, and SHALA D. EGAN, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, MDC STEEL SERVICES, INC., MICHAEL D. CHEPENIK, and SHALA D. EGAN ("Defendants"), by and through undersigned counsel, hereby notify this Court that the parties have reached a resolution of Plaintiff's claims against Defendants in the above referenced matter.

Respectfully submitted, this 25th day of October, 2023.

                                      ADI AMIT, P.A.
                                    *Counsel for Defendants*
                                    101 Centre
                                    101 NE Third Avenue, Suite 300
                                    Fort Lauderdale, Florida 33301
                                    Phone: (954) 533-5922
                                    E-mail: Aron@DefenderOfBusiness.com

                                    By: *s/Aron Smukler*
                                         Aron Smukler, Esquire
                                         Florida Bar No. 0297779